THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS H. LARKIN,

Appellant.— Appeal dismissed unless appellant is ready for argument at the opening of the November term.    Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.